

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause number:      01-10-01022-CV

Style:             Jesus Miranda v. Stephen Byles

Date motion filed: April 13, 2012

Party filing motion:   Appellant

On April 13, 2012, appellant filed a motion for rehearing, which was corrected on April 16, 2012. The Court requests that appellee file a response to appellant's motion for rehearing and orders that any response be filed within **15 days** of the date of this order. *See* Tex. R. App. P. 49.2.

Judge's signature: /s/ Laura C. Higley
                   Acting for the Court

Panel consists of:  Justices Keyes, Higley, and Massengale.

Date: June 26, 2012